**CARMEN A. TRUTANICH,** City Attorney (SBN: 86629x)
**KENNETH T. FONG,** Deputy City Attorney (SBN 140609)
**DONNA WONG**, Deputy City Attorney (SBN 210741)
200 North Main Street
Room 701, City Hall East
Los Angeles, California  90012
Telephone Number 213.978.8235
Fax Number 213.978.8214
E-Mail: kenneth.fong@lacity.org

Attorneys for Defendant and Counter-claimant
CITY OF LOS ANGELES

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. KEITH STEPHENS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. <br><br> INTERNATIONAL WALL MEDIA, et al., <br><br> Real Parties In Interest. <br><br> CITY OF LOS ANGELES, et. al., <br><br> Counter-claimant, <br> vs. <br><br> J. KEITH STEPHENS, et al., <br><br> Counter-defendants. | Case No.:  CV 10-2260 ABC (PLAx) <br> [Consolidated with CV 10-5774 ABC (PLAX)] <br><br> **JUDGMENT** |

On August 9, 2011, the Court granted the City's Motion for Judgment on the Pleadings, as set forth in the Court's Minute Order of that same date.

Thus, this Court, the Honorable Audrey B. Collins, ORDERS as follows:

1. All of Plaintiff's claims in its First Amended Complaint are dismissed with prejudice.

The Court further ORDERS that liability and damages having been ruled upon in their entirety, and, there being no claims left to litigate in this action, that this Judgment is the Final Judgment in this action.

Dated: Aug. 12, 2011

_____
Hon. Audrey B. Collins
U.S. DISTRICT COURT JUDGE

M:\Real Prop_Env_Land Use\Land Use\Kenneth Fong\Stephens\Litigation\Judgment.doc